Our next case is David Kennedy v. Kijakazi, case number 22-35866, and we'll wait for a May it please the court. My name is Eitan Janich. I'm representing Larry Kennedy in this appeal Kennedy has been unable to work since he was in an accident when he was driving his FedEx driver in 2015 and Mr. Janich, let me let me stop you. We don't have a lot of time, but I do have a question. Please with regards to dr Pickett, when was it that you first found out that or you became aware? About the report submitted in the other case and two were you made aware of the other case before? Which was decided by the ALJ or the court when what when was it that that that You you brought that issue up if at any point to the district court I Was aware of it in 2021 it was after the the case had been filed in district court and With there's a problem in Social Security There's a Social Security ruling that actually says that you're not allowed and not going to be the number on it, but Again, it says that you can't bring in evidence of other Cases into your case and the reason for that ruling or the motivation for the ruling as near as we can tell Is about five or six years ago. I'm Might be wrong on that. There was a series of complaints about dr. Pickett Interestingly, and so in one case where dr. Pickett had said all sorts of bad things But nothing provably false just a bunch of you know, basically dismissing the person as being a liar and malinger that's the general rule is every one of her she'd many evaluations that accused people of malingering and They submitted I believe it was about 50 Evaluation 50 case cases where there were similar reports from dr. Pickett and in that case the court is district or the district court said well You get a new remand, but I'm not gonna they didn't want to touch the overall thing. And as a result of that Attempt to prove what was going on in other cases There's a ruling that says you can't bring in evidence from are they still are they still are they still using dr. Pickett? Pardon me. Are they still using dr. Pickett? I Don't know because there's a time lag between them using a doctor and with I'm and with my seeing I haven't seen a case with dr. Pickett recently, so I don't know then you haven't seen you Then haven't seen the cases in 2022 in 2023 and 2022 in July where dr. Pickett had come out both ways for applicants You know, I I mean, but with but those cases you're described discussing when were the ALJ decisions? Well, all I know is that there was a case I know is that Washington the Western District of Washington had one with him in November 2022 the Western District of Washington had another one in July 2023 and another one in July of 2022 and another September 2020 where dr. Pickett was making his Her her sorry was making her observations and her opinions and she came out both ways She came out one time she'd come out for the or the petitioner and other times for not not the petitioner and my question was going to be Dr. Pickett's evaluation and observations were also consistent with other evidence in the record and She doesn't always come out the same way, which is obvious from me looking at these other decisions. I don't know why you held your held your tongue I also don't understand why the district judge couldn't rely on dr. Pickett Okay. Well, I'm not I'm not objecting to their reliance on in the sense of I mean when I read this file I reviewed this file for court review. I was Obviously anyone who would read this file would be concerned some of the things that dr Pickett says are so outrageous that you would not think that a Psychologist who's licensed and who is basically a trusted member of the professional community Would make anything up she said that he couldn't even remember how many days of the week there were When I saw that I thought either he's got some really crazily serious mental illness or he is just Fabricating stuff. I was troubled by it. And so I don't really know what to do with that I guess I guess I want to interrupt you just a little bit because your argument here is the dr. Pickett lied Or made an alleged false report and you cited the situation where you said it happened Then I went to the case and it doesn't say dr. Pickett lied or committed fraud in the other case All it says the ALJ said the doctor made a mistake That's an FDR 21 Right, and that is why I provided her report with analysis of how it was not a mistake and if you follow my Logic, all you're trying to do. All you're trying to do is suggest that Your argument should do more than what the ALJ found and that the district court should then rely on your argument To did to disregard dr. Pickett's testimony. That seems to be your argument Not exactly what I'm arguing is that the ALJ at the time of the ALJ hearing the ALJ did not know that dr Pickett had lied in another case By there's nothing says he lied. He made a mistake. Okay, she did not make a mistake. She fabricated numerous statements in her evaluation Hold on I do want to go to it There might be a confusion in terms of what the doctor said, I think she said the following she said that she was able to go and in a recent post of this particular individual see him playing drums and There were short videos of him playing those drums which involved him seated in With arms and hands and and his shoulders in constant motion And yet it was a different person that was a not the same person that she evaluated so I could see why you would say that she fabricated that because she's testifying in this Document that she's seeing him move his torso around and I watched the video of the man Who was doing that you clearly can see his face yet. Somehow she was Mistaken about that fact so I could see your frustration with Believing that she fabricated that even though of course that is what the district court found that she was ultimately mistaken Well, my no see I did not raise this in the district court. That's bad I Following the Social Security ruling this is I couldn't bring in evidence from another case When I lost in district court on the merits of the physical problems, which I view this as a physical problem case I realized I can't stay silent on this this woman lied and yet and yet nobody knows now Let me change your argument because I think we've heard your argument here but it seems to me that one of your other ideas is that the ALJ aired by To do so Now what you're saying is as I understanding the ALJ had to make a specific finding That your client engaged in malingering That's not our case law You know, did you read Carmichael? We had we had both sides of the card on Carmichael and Carmichael said you don't have to make clear and convincing reasons For rejecting the plaintiff's testimony You don't have to make a specific finding all you've got to find is that there's some evidence or you think there's some malingering you don't have to make a specific finding and Therefore you don't have to make clear and convincing reasons. I Don't know where you are with that idea. I I'm not arguing with you on that Arguing that the malingering finding was based in part on a foot report from an admitted liar It's like George Sanders I'm glad that that's what you're arguing because if that's what you're saying that they don't have to make a specific Finding then you get then you go along with Carmichael and you go along with footnote 9 in Gannon versus Colvin There's no specific finding of malingering needed all there has to be is some evidence of it and that's it and Then you don't have to make the clear and specific findings but if the Main evidence of malingering is a report from an admitted liar You've got a problem. The government is a problem here, and they're just pushing it under the rug and Judge Mendoza what I I wanted to just address is that the issue wasn't just that she made this mistake About thinking that this guy who was playing the drums was the client. She had just interviewed She said she wrote in her report that he told me that he plays the drums and he posted Videos himself on the internet that is a bald-faced lie And if she lied about that, which was there's no reason why we should you would do that if she lied about that how can we trust anything that she says there's a difference between a psychologist clinical observations and a psychologist reports and if a psychologist Reports are not identical to their clinical observations if they're not reporting what they actually observed Everything is down the toilet. There is nothing. There's no you know, we're relying on the honesty Interruptions I'm not sure why you're saying that the malingering Finding or evidence is primarily dr. Pickett because it's repeated by multiple medical providers. Dr. Lloyd brings it up In the dr. Cooper in reference to dr. Lloyd there are a number of people that mention the possibility of Potential for malingering because Neurological exams don't don't accord with with With the claimants testimony. Why do you say that? This is primarily dr. Pickett's Well, let me just address that then as far as the other evidence of it, which is from labored industries doctors Initially there was a second car accident in this case And and the most recent evidence in the file includes evidence from a neurosurgeon who says he needs surgery So even if one were to assume that there was a lack of Neurological findings early on to support the level of impairment He was describing and brain injuries are a funny thing because if he hit his head and he described hitting his head in the accident But later on the most recent evidence shows that there the neurological findings are confirmed. Dr Faria did the physical evaluation and he noted lots of mental problems in addition to lots of physical objective findings Was he telling the truth? Presumptively presumably he was was dr. Pickett telling the truth Presumably she was Unfortunately, she lied in another case. Can we presume that she was telling the truth here? And I think that that's something that should be sorted out by the Social Security Administration Not by this court, but I think the fact that she lied in the other case Undermines the ALJ's assessment, which was based at least in part on the outrageous humble almost unbelievable lies Excuse me. I can't prove they were lies the statements by dr Pickett that this man didn't even know how many days there were in a week and She didn't have him fill out that form till after the evaluation. How does that even make sense? but we accept this as Because what? Colleges like why did she walk the other case? Did she buy here? You can't tell me she didn't I can't tell you She didn't nobody can prove she didn't but I can prove she lied in the other case Did you want to leave any time for questions? Then we'll hear from opposing counsel Good Morning Catherine Watson for the Commissioner So starting with dr. Pickett, I know this issue is not raised in district court The evidence presented is outside the record as was pointed out the LJ in that case Concluded that dr. Pickett had made quote a mistake There are only extraordinary Circumstances by which this court would even consider this evidence. Why wouldn't we consider this to be an extraordinary case when? According to the information that we have dr. Pickett said that He meaning the petitioner told me that he was a drummer That she then wrote in the report that he that she observed him twisting and turning in the seat And that The ALJ can characterize that as a mistake. I Think that's a very generous characterization So why why why not just let the ALJ determine whether or not? It was proper for at least her to consider The LJ to consider dr. Pickett's report. I mean, that's all we would be asking her to do, right? Your honor it's not an extraordinary circumstance because the issue is not dispositive in this case the ALJ Mentioned dr. Pickett's evaluation at one point in the decision. That's in car 18 The only time it's mentioned is when the ALJ was determining whether Kennedy had a severe cognitive impairment Even if this court finds we're not going to consider dr. Pickett's evaluation We'll just strike that the ALJ still identified ample evidence more than the substantial evidence standard To conclude that Kennedy did not have a severe cognitive impairment lasting 12 months or longer The ALJ noted that in early 2016 Kennedy had moderate cognitive deficits but by May 2016 dr. Lloyd evaluated Kennedy and I note also that brain imaging was normal which the ALJ discussed and Dr. Lloyd concluded that there was no plausible Neurologically based cause for the cognitive deficits alleged He also noted that the possibility of a malingered Cognitive impairment should be considered and that evidence alone Constitutes substantial evidence to affirm the ALJ step to finding council What do you what about opposing counsel's argument that later? Doctor reviews suggests that there could have been something from a later accident There was an accident in 2018 I would note that the recommendation for surgery was not the final negative medical evidence in the record After a doctor recommended surgery Kennedy went for an independent medical examination Those doctors found again that his allegations were out of proportion to the objective evidence Dr. Freya examined Kennedy in early 2020 and I would note that the ALJ Accounted for this later evidence in his RFC, which was very restrictive the ALJ accounted for the fact that later on For example, there was notations of unsteadiness The ALJ found in the RFC that every 30 minutes Kennedy could change positions So the ALJ did account for any later evidence of worsening But dr. Freya in his examination in his opinion the ALJ accepted almost every limitation opines by dr. Freya The only limitation that the ALJ found unpersuasive was dr. Lee dr. Freya's conclusion that Kennedy could only lift after up to 10 pounds and the ALJ again provided valid reasons to to find that limitation and persuasive The ALJ noted physical examinations including dr. Freya's own physical examination which showed intact strength the ALJ noted an EMG from 2019 which showed normal findings in the bilateral upper extremities and The ALJ also again discussed multiple providers Who found that the objective evidence was out of proportion to Kennedy's subjective complaints? As this court has noted the standard is simply Affirmative evidence suggesting malingering That standard was met here simply by dr. Lloyd's evaluation as noted and also by dr. Cooper who deferred to dr. Lloyd, but even beyond that The ALJ discussed lack of effort in including in dr. Lloyd's evaluation There was love the level of engagement concerns over the level of engagement There was another examination Where another doctor noted lack of effort on a strength examination? The ALJ also noted car 20 that one doctor noted concerns over secondary gain motives so I think the bottom line even just beyond malingering is that multiple doctors concluded that Kennedy was not credible and The ALJ is allowed to rely on the conclusions of doctors over Kennedy's testimony. And that is what the ALJ did here Are you still using dr? Pickett as far as I know, yes, but I cannot say that conclusively The last time we checked was when I submitted briefing and what we were asking was simply the status of any sort of investigation I'm not aware of a formal investigation. But again, I would I can't say that conclusively Thank you. Yeah No the questions, okay. Thank you respectfully ask this court to affirm. Thank you Mr. Ange, we'll give you one minute to for rebuttal to wrap up Thank you Let me just say if I paid a psychologist to write a report in one of my cases and Social Security later discovered and proved that my psychologist filed a false report in another case I can assure you they would be screaming bloody murder about Anything from that psychologist is invalid But doesn't work both that way when Social Security's paid hired gun Essentially the psychologist they paid lied in another case. That doesn't seem to Impress Social Security at all With regard to dr. Faria. Dr. Faria found and this is a very significant finding that Mr. Kennedy Kennedy's impairment involved his neck and They dr. Faria found that he had only 20 kilograms of grip strength bilaterally limited neck range of motion unstable lumbar range of motion positive Romberg test So he couldn't balance on one leg inability to squat down on the floor He had unsteady heel walking toe walking in tandem walking these are a lot of findings but the important one I think in all of That is that limited grip strength is not something that was accounted for by the by the ALJ The ALJ didn't say why she didn't account for that I don't think she understood the significance of that How your neck could affect your grip strength in your hands, and if it does it would affect your ability to lift I do ask the court to remand this case for a new hearing and at the new hearing The judge should have to consider the evidence that dr. Pickett lied in another case and consider whether or not her Evaluation and anything that relied on her evaluation should be struck from the record. Great. Thank you Thank you counsel for both your arguments. The matter will be submitted and court is adjourned
judges: SMITH, SANCHEZ, MENDOZA